IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QAYUM ABDUL NANGYALAI,

    Petitioner,

    v.

ALBERTO E. GONZALEZ, et al.

    Respondents.

No. C 06-01070 JSW

**ORDER TO SHOW CAUSE**

Petitioner Qayum Abdul Nangyalai has filed a petition for a writ of mandamus pursuant to 28 U.S.C. § 1361.

The Court hereby issues an ORDER TO SHOW CAUSE why the writ should not be granted. Respondents shall file responsive papers to the petition by April 14, 2006. Petitioner may file a reply by April 28, 2006.

IT IS FURTHER ORDERED that a hearing on the petition will be conducted on May 19, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 23, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE